IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CB3010 |
| vs. | Violation Nos. 6364406, 6364407 |
| MICHAEL A. GEORGE, III, | ORDER |
| Defendant. | |

Upon motion of the government, violation numbers 6364406 and 6364407 are dismissed without prejudice.

IT IS SO ORDERED this 27th day of October, 2017.

_____
CHERYL R. ZWART
United States Magistrate Judge